955 Seneca, LLC v Kings Juice Bar, Inc. (2025 NY Slip Op
51987(U))

[*1]

955 Seneca, LLC v Kings Juice Bar, Inc.

2025 NY Slip Op 51987(U) [87 Misc 3d 134(A)]

Decided on December 12, 2025

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 12, 2025
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : LISA S. OTTLEY, J.P., WAVNY TOUSSAINT, MARINA CORA
MUNDY, JJ

2024-984 Q C

955 Seneca, LLC, Respondent,
againstKings Juice Bar, Inc., Appellant. 

Law Office of Jay Berg (Paul E. Kerson and Jay Berg of counsel), for appellant.
Jeffrey W. Toback, P.C. (Jeffrey W. Toback of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County
(John C.V. Katsanos, J.), dated August 26, 2024. The order denied tenant's motion for a
stay of enforcement of a final judgment of the same court entered April 25, 2024 pending
the determination of the appeal from that judgment.

ORDERED that the appeal is dismissed.
This is an appeal from an order of the Civil Court (John C.V. Katsanos, J.) dated
August 26, 2024 denying a motion for a stay of enforcement of a final judgment entered
in the same proceeding on April 25, 2024 pending the determination of an appeal from
that judgment. That appeal has now been decided (see 955 Seneca, LLC v Kings
Juice Bar, Inc., ____ Misc 3d ____, 2025 NY Slip Op ____ [appeal No. 2024-385 Q
C], decided herewith), rendering this appeal moot.
Accordingly, the appeal is dismissed.
OTTLEY, J.P., TOUSSAINT and MUNDY, JJ., concur.
ENTER:Jennifer ChanActing Chief ClerkDecision Date: December
12, 2025